# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**RICHARD MOORE**                                                              **PLAINTIFF**

**v.**                            **CIVIL ACTION NO.: 3:21-cv-158-DMB-JMV**

**UNION COUNTY, MISSISSIPPI**                          **DEFENDANT**

## ORDER

Plaintiff Richard Moore has filed a complaint [1] against various people and entities, one of whom is Courtland Tanner Vaughn. By order [6] of this Court, Plaintiff's motion to proceed *in forma pauperis* was granted on November 3, 2021. The return at [27] indicates that the address provided for Defendant Vaughn is incorrect, and that the summons issued to Defendant Vaughn was returned unexecuted. Therefore, Plaintiff Richard Moore is hereby ordered to provide an updated address for Defendant Vaughn so that he may be served with process.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff shall provide an updated address for Defendant Courtland Tanner Vaughn within fourteen (14) days from the date of this Order.

SO ORDERED AND ADJUDGED, this the 22nd day of February, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE