**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**RICHARD MOORE**            **PLAINTIFF**

**V.**            **NO. 3:21-CV-158-DMB-JMV**

**UNION COUNTY, MISSISSIPPI,
et al.**            **DEFENDANTS**

**ORDER**

On November 17, 2022, over two months after denying without prejudice Richard Moore's motion for default judgment against Courtland Tanner Vaughn,[1] the Court ordered Moore to show cause "within fourteen (14) days … why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)" and cautioned Moore "that failure to respond … will result in dismissal of his claims against Vaughan [sic]." Moore did not respond to the Court's order within the time allowed. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), Moore's claims against Vaughn are **DISMISSED without prejudice** for failure to prosecute.

**SO ORDERED**, this 5th day of December, 2022.

           /s/Debra M. Brown
           **UNITED STATES DISTRICT JUDGE**

---

[1] Vaughn is the only remaining defendant in this case. *See* Doc. #55 (granting motion to dismiss other named defendants).