**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**RICHARD MOORE**                                                                         **PLAINTIFF**

**V.**                                                                   **NO. 3:21-CV-158-DMB-JMV**

**UNION COUNTY, MISSISSIPPI,**
**et al.**                                                                          **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the orders entered July 14, 2022, and this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 5th day of December, 2022.

                                                                     **/s/Debra M. Brown**
                                                                     **UNITED STATES DISTRICT JUDGE**